**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

In re:  Larry Ray Stiffarm

§   Case No. 23-40484- DRD
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/12/2023. The undersigned trustee was appointed on 04/12/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $              999.79

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 969.79 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/28/2023 and the deadline for filing governmental claims was 10/09/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $249.95. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $249.95, for a total compensation of $249.95[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $123.39 for total expenses of $123.39[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/19/2023                By: /s/ Jill D. Olsen
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

Exhibit A

**Individual Estate Property Record and Report**

Page: 1

**Asset Cases**

Case No.:   23-40484- DRD

Case Name:   Stiffarm, Larry Ray

For Period Ending:   12/19/2023

Trustee Name:   (450110) Jill D. Olsen

Date Filed (f) or Converted (c):   04/12/2023 (f)

§ 341(a) Meeting Date:   05/17/2023

Claims Bar Date:   09/28/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 108 Pebblebrook Lane, Grain Valley, MO 64029-0000, Jackson County | 250,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2018 Jeep Grand Cherokee Laredo 4WD, 140,000 miles | 17,325.00 | 0.00 | | 0.00 | FA |
| 3 | used household items, nothing new or recently purchased or over $500 in value | 2,000.00 | 100.00 | | 0.00 | FA |
| 4 | cell phone, tablet, 4 TVs | 600.00 | 0.00 | | 0.00 | FA |
| 5 | used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 1 dog | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Commerce Bank ending in 6554 opened 3/16/2023 | 754.00 | 625.00 | | 0.00 | FA |
| 8 | IRA: Capital Investment | 180,000.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor is one of the trustees of the Revocable Living Trust of Larry R. Stiffarm and Becky S. Stiffarm, dated February 9, 2021. The sole asset of the trust is the real estate disclosed in Part 1 of Section A/B, the debtor's homestead. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor is entitled to a $2,154 refund from the IRS and owes the State of Missouri $1683 from his 2022 tax returns. He expects the IRS to use the $2,154 to offset prior obligations: Federal | 471.00 | 0.00 | | 0.00 | FA |
| 11 | West Coast Life, term life on debtor's non-filing spouse: debtor | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Farmer's - term life policy on debtor's daughter: debtor | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Preference recovery from OneMain Financial (u) | 0.00 | 999.79 | | 999.79 | FA |
| 14 | Possible preference to Cash Net (u) | 0.00 | 1,736.90 | | 0.00 | FA |
| 15 | Possible preference to Lending Club (u) | 0.00 | 628.66 | | 0.00 | FA |
| 16* | 2014 Ford Focus Sedan S, 48,000 miles (u) (See Footnote) | 4,500.00 | 2,900.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$456,150.00** | **$6,990.35** | | **$999.79** | **$0.00** |

RE PROP# 16      Per amended Sch A/B

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:**   23-40484- DRD

**Case Name:**   Stiffarm, Larry Ray

**For Period Ending:**   12/19/2023

**Trustee Name:**   (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**   04/12/2023 (f)

**§ 341(a) Meeting Date:**   05/17/2023

**Claims Bar Date:**   09/28/2023

**Major Activities Affecting Case Closing:**

       6-8-23 - pref demand ltrs mailed to One Main Financial ($999.81), Cash Net ($1736.90) and Lending Club ($628.66)

       6-23-23 - rec'd $999.79 from OneMain

       7-7-23 - FU letters sent to Cash Net and Lending Club

       9-9-23 - determined that cost to pursue claims agst Cash Net and Lending Club outweigh benefits to estate

**Initial Projected Date Of Final Report (TFR):**  06/30/2024

**Current Projected Date Of Final Report (TFR):**  06/30/2024

_____
12/19/2023
Date

_____
/s/Jill D. Olsen
Jill D. Olsen

**UST Form 101-7-TFR (5/1/2011)**

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 23-40484- DRD | | Trustee Name: | Jill D. Olsen (450110) |
| Case Name: | Stiffarm, Larry Ray | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1212 | | Account #: | ******2152 Checking |
| For Period Ending: | 12/19/2023 | | Blanket Bond (per case limit): | $1,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/23/23 | {13} | OneMain Financial | Preference repayment | 1241-000 | 999.79 | | 999.79 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 994.79 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 989.79 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 984.79 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 979.79 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 974.79 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 969.79 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 999.79 | 30.00 | $969.79 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 999.79 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $999.79 | $30.00 | |

*{ } Asset Reference(s)*        UST Form 101-7-TFR (5/1/2011)        *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

**Case No.:** 23-40484- DRD
**Case Name:** Stiffarm, Larry Ray
**Taxpayer ID #:** **-***1212
**For Period Ending:** 12/19/2023

**Trustee Name:** Jill D. Olsen (450110)
**Bank Name:** Metropolitan Commercial Bank
**Account #:** ******2152 Checking
**Blanket Bond (per case limit):** $1,000,000.00
**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2152 Checking | $999.79 | $30.00 | $969.79 |
| | **$999.79** | **$30.00** | **$969.79** |

12/19/2023
Date

/s/Jill D. Olsen
Jill D. Olsen

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 23-40484- DRD LARRY R. STIFFARM

Claims Bar Date: 09/28/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| D0 | Nationstar DBA Mr. Cooper<br>8950 CYPRESS WATERS BLVD<br>Coppell, TX 75019<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Wells Fargo Dealer Services<br>PO Box 71092<br>Charlotte, NC 28272<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Jill D. Olsen<br>Chapter 7 Trustee<br>118 N. Conistor Ln. Suite B290<br>Liberty, MO 64068<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>08/25/23 | | $249.95<br>$249.95 | $0.00 | $249.95 |
| TE | Jill D. Olsen<br>Chapter 7 Trustee<br>118 N. Conistor Ln. Suite B290<br>Liberty, MO 64068<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/19/23 | | $123.39<br>$123.39 | $0.00 | $123.39 |
| | Internal Revenue Service<br>PO Box Box 7346<br>Philadelphia, PA 19101<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 2

## Exhibit C

## Analysis of Claims Register

### Case: 23-40484- DRD LARRY R. STIFFARM

Claims Bar Date: 09/28/23

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 1 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105-0475<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>06/29/23 | | $2,494.80<br>$2,494.80 | $0.00 | $2,494.80 |
| 3P | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>07/03/23 | | $6,760.17<br>$6,760.17 | $0.00 | $6,760.17 |
| | 2233 Paradise Road, LLC<br>d/b/a Cash Factory USA<br>101 Convention Center Dr Ste 700<br>Las Vegas, NV 89109<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Ardmore Finance<br>107 E 10th St<br>Kansas City, MO 64106<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Cashnet USA<br>175 W Jackson Blvd, Ste. 100<br>Chicago, IL 60604<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

## Exhibit C

## Analysis of Claims Register

### Case: 23-40484- DRD LARRY R. STIFFARM

Claims Bar Date: 09/28/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Credit One Bank PO Box 98872 Las Vegas, NV 89193 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/12/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Credit One Bank PO Box 98872 Las Vegas, NV 89193 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/12/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | FIG Loans Texas LLC 9450 SW Gemini Dr. Ste. 9313 Beaverton, OR 97008 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/12/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | FNB Omaha PO Box 3412 Omaha, NE 68197 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/12/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | FNB Omaha PO Box 3412 Omaha, NE 68197 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/12/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Lending Club Bank NA 595 Market St, Ste. 200 San Francisco, CA 94105 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/12/23 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Mariner Finance 8211 TOWN CENTER DR Nottingham, MD 21236 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/12/23 | | $0.00 $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 4

## Exhibit C

## Analysis of Claims Register

### Case: 23-40484- DRD LARRY R. STIFFARM

Claims Bar Date: 09/28/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | OneMain<br>PO Box 1010<br>Evansville, IN 47706<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Republic Finance<br>17201 E US Hwy 40 Suite 107<br>Independence, MO 64055<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | SET Financial Corporation<br>1213 W. MoreheadSt.<br>5th Floor<br>Charlotte, NC 28208<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | The Home Depot/CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/12/23 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 2 | Cashnet USA<br>175 W Jackson Blvd, Ste. 100<br>Chicago, IL 60604<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>06/30/23 | | $4,156.24<br>$4,156.24 | $0.00 | $4,156.24 |
| 3 Pen | Internal Revenue Service<br>PO Box Box 7346<br>Philadelphia, PA 19101-7346<br><7300-000 Fines, Penalties - § 726(a)(4)><br>, 630 | Unsecured<br>07/03/23 | | $78.83<br>$78.83 | $0.00 | $78.83 |
| 3U | Internal Revenue Service<br>PO Box Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/03/23 | | $150.34<br>$150.34 | $0.00 | $150.34 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 5

## Exhibit C

## Analysis of Claims Register

### Case: 23-40484- DRD LARRY R. STIFFARM

Claims Bar Date: 09/28/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Resurgent Receivables, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/04/23 | | $1,846.00 $1,846.00 | $0.00 | $1,846.00 |
| 5 | Resurgent Receivables, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/04/23 | | $1,585.23 $1,585.23 | $0.00 | $1,585.23 |
| 6 | LendingClub Bank, NA PO BOX 1931 Burlingame, CA 94011 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/06/23 | | $9,933.45 $9,933.45 | $0.00 | $9,933.45 |
| 7 | Capital One N.A. by American InfoSource as agent PO Box 71083 Charlotte, NC 28272-1083 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/10/23 | | $1,044.33 $1,044.33 | $0.00 | $1,044.33 |
| 8 | Capital One N.A. by American InfoSource as agent PO Box 71083 Charlotte, NC 28272-1083 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/10/23 | | $599.53 $599.53 | $0.00 | $599.53 |
| 9 | Citibank, N.A. 6716 Grade Ln Big 9 Ste 910-PY DEPT Louisville, KY 40213-3439 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/25/23 | | $487.57 $487.57 | $0.00 | $487.57 |

## Exhibit C

## Analysis of Claims Register

### Case: 23-40484- DRD LARRY R. STIFFARM

Claims Bar Date: 09/28/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>08/10/23 | | $850.21<br>$850.21 | $0.00 | $850.21 |
| 11 | OneMain Financial Group, LLC<br>PO Box 3251<br>Evansville, IN 47731-3251<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/08/23 | | $19,408.81<br>$19,408.81 | $0.00 | $19,408.81 |
| 12 | Mariner Finance LLC.<br>8211 Town Center Dr.<br>Nottingham, MD 21236<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/19/23 | | $2,429.08<br>$2,429.08 | $0.00 | $2,429.08 |
| 13 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/22/23 | | $57.43<br>$57.43 | $0.00 | $57.43 |
| 14 | Pink Dogwood 13, LLC<br>PO BOX 1931<br>Burlingame, CA 94011<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/26/23 | | $1,303.88<br>$1,303.88 | $0.00 | $1,303.88 |
| | | **Case Total:** | | | **$0.00** | **$53,559.24** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-40484- DRD
Case Name:  Larry Ray Stiffarm
Trustee Name: Jill D. Olsen

**Balance on hand:**   $                          969.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $                0.00
Remaining balance: $              969.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jill D. Olsen | 249.95 | 0.00 | 249.95 |
| Trustee, Expenses - Jill D. Olsen | 123.39 | 0.00 | 123.39 |

Total to be paid for chapter 7 administrative expenses: $              373.34
Remaining balance: $              596.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $                0.00
Remaining balance: $              596.45

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,254.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Missouri Department of Revenue | 2,494.80 | 0.00 | 160.78 |
| 3P | Internal Revenue Service | 6,760.17 | 0.00 | 435.67 |

Total to be paid for priority claims: $ 596.45
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $43,852.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Cashnet USA | 4,156.24 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 150.34 | 0.00 | 0.00 |
| 4 | Resurgent Receivables, LLC | 1,846.00 | 0.00 | 0.00 |
| 5 | Resurgent Receivables, LLC | 1,585.23 | 0.00 | 0.00 |
| 6 | LendingClub Bank, NA | 9,933.45 | 0.00 | 0.00 |
| 7 | Capital One N.A. | 1,044.33 | 0.00 | 0.00 |
| 8 | Capital One N.A. | 599.53 | 0.00 | 0.00 |
| 9 | Citibank, N.A. | 487.57 | 0.00 | 0.00 |
| 10 | Quantum3 Group LLC as agent for | 850.21 | 0.00 | 0.00 |
| 11 | OneMain Financial Group, LLC | 19,408.81 | 0.00 | 0.00 |
| 12 | Mariner Finance LLC. | 2,429.08 | 0.00 | 0.00 |
| 13 | Ashley Funding Services, LLC | 57.43 | 0.00 | 0.00 |
| 14 | Pink Dogwood 13, LLC | 1,303.88 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $78.83 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 Pen | Internal Revenue Service | 78.83 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Printed:    12/19/2023 2.06 PM

# Trustee's Compensation

**Debtor:**  Larry Ray Stiffarm                                   **Case:** 23-40484- DRD

## Computation of Compensation

| | | | |
|---|---:|:-:|---:|
| Total disbursements to other than the debtor are: | | | 999.79 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 999.79 | = | 249.95 |
| 10% of Next $45,000 | 0.00 | = | 0.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$249.95** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$249.95** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$249.95** |

## Trustee Expenses

| | | |
|---|---|---:|
| CLERICAL | 3.0 CLER at $25.00 | $75.00 |
| POSTAGE | 29.0 POST at $0.66 | $19.14 |
| COPIES | 145.0 COPY at $0.15 | $21.75 |
| DISTRIBUTION | 3.0 DIST at $2.50 | $7.50 |
| **Subtotal Expenses:** | | **$123.39** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$123.39** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$123.39** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $249.95 as compensation and $123.39 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:    12/19/2023                          Signed:___/s/ Jill D. Olsen_____

                                              Jill D. Olsen, TRUSTEE
                                              Chapter 7 Trustee, 118 N. Conistor Ln. Suite B290
                                              Liberty, MO 64068